ERNEST T. VILLAREAL, Respondent, v. MENO LISSAUER and Others, Copartners etc., Appellants.— Motion for leave to appeal to the Court of Appeals denied Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

PIERRE L. WILLIS, Respondent, v. S. M. H. CORPORATION, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

ERICH ZERM, Appellant, v. GERTRUDE ZERM, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Carswell, Scudder, Tompkins and Davis, JJ.

MAX ARNOLD, Respondent, v. CHARLES I. GOLDMAN, as Secretary and Treasurer of INTERNATIONAL POCKETBOOK WORKERS UNION, an Unincorporated Association, Consisting of Seven or More Members, Appellant.— Order granting an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

HELEN COHEN, Respondent, v. LOUIS COHEN, Appellant.— Order granting plaintiff's motion for alimony and counsel fee affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ., concur.

FANNIE R. FEFFER, Respondent, v. BABHO REALTY CO., INC., MORRIS HORWITZ and BENJAMIN HEYMAN, Appellants. BABHO REALTY CO., INC., Appellant, v. FANNIE R. FEFFER and WILLIAM FEFFER, Respondents.— Amended judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

JOSEPH GROSS, Respondent, v. CHARLES BLITMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

SEYMOUR GROSS, an Infant, by JOSEPH GROSS, His Guardian ad Litem, Respondent, v. CHARLES BLITMAN, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Judicial Settlement of the Intermediate Account in Proceedings of THOMAS F. TEVLIN, as Executor of the Last Will and Testament of PHILIP A. ENGELDRUM, Deceased, Appellant; WILLIAM H. GAITINGS and Others, Respondents.— Order of the Surrogate's Court of Queens county denying motion to vacate a decree and an order unanimously affirmed, with costs, payable by appellant personally. No opinion. Present — Lazansky, P. J., Young, Kapper, Hagarty and Scudder, JJ.